```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

IN RE:  TANYANIKA MATTOS,           {   CHAPTER 13
                                    {
                                    {
        DEBTOR(S)                   {   CASE NO. A18-58024-SMS
                                    {
                                    {   JUDGE    SIGLER

## OBJECTION TO CONFIRMATION

COMES NOW Mary Ida Townson, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Debtor(s) has failed to attend the 11 U.S.C. Section 341 hearing.

3. The Debtor(s) has failed to provide the Trustee with a copy of the 2017 federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

June 28, 2018

```
                                    ____/s_____
                                    Sonya M. Buckley, Esq.
                                    for Chapter 13   Trustee
                                    GA Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

TANYANIKA MATTOS
1456 MULBERRY CREEK CT
DACULA, GA 30019-5011

ATTORNEY FOR DEBTOR(S):

DEBTOR PRO SE

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 29th day of June, 2018

_____/s_____
Sonya M. Buckley, Esq.
for Chapter 13  Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
Sonyab@atlch13tt.com